UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JUSTIN HADDEN
HEATHER M. HADDEN
AKA: FKA HEATHER BACHMAN

CHAPTER 13

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-18-05022-HWV

JUSTIN HADDEN
HEATHER M. HADDEN
AKA: FKA HEATHER BACHMAN

    Respondent(s)

## CERTIFICATION OF DEFAULT

    AND NOW on November 15, 2019, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

    As of November 15, 2019, the Debtor(s) is/are $8500.00 in arrears with a plan payment having last been made on Oct 11, 2019

    In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

Respectfully Submitted,
/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: November 15, 2019

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    JUSTIN HADDEN
           HEATHER M. HADDEN
           AKA: FKA HEATHER BACHMAN    CHAPTER 13

     Debtor(s)

     CHARLES J. DEHART, III
     CHAPTER 13 TRUSTEE
     Movant                                      CASE NO: 1-18-05022-HWV

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 15, 2019, I served a copy of this Certification of Default on the following parties by 1st Class Mail, unless served electronically.

| | |
|---|---|
| STEPHEN WADE PARKER, ESQUIRE<br>MOONEY AND ASSOCIATES, PC<br>230 YORK STREET<br>HANOVER, PA 17331- | SERVED ELECTRONICALLY |
| JUSTIN HADDEN<br>HEATHER M. HADDEN<br>495 STONESIFER DRIVE<br>LITTLESTOWN, PA 17340 | SERVED BY 1ST CLASS MAIL |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | SERVED ELECTRONICALLY |

I certify under penalty of perjury that the foregoing is true and correct.

Dated: November 15, 2019                   Respectfully submitted,
                                                    Liz Joyce
                                                    for Charles J. DeHart, III, Trustee
                                                    Suite A, 8125 Adams Dr.
                                                    Hummelstown, PA 17036
                                                    Phone: (717) 566-6097
                                                    eMail: dehartstaff@pamd13trustee.com