```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 18-05022-HWV
Justin Hadden                                                       Chapter 13
Heather M. Hadden
       Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-1          User: LyndseyPr              Page 1 of 3             Date Rcvd: Dec 06, 2019
                              Form ID: pdf010              Total Noticed: 55


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2019.
db/jdb        +Justin Hadden,   Heather M. Hadden,   495 Stonesifer Drive,    Littlestown, PA 17340-1700
5135895       +BB&T,   1345 Baltimore Street,   Hanover, PA 17331-4410
5135893       +Barclays Bank Delaware,   Attn: Correspondence,   Po Box 8801,   Wilmington, DE 19899-8801
5135896        Bureau of Individual Taxes,   PO Box 280431,   Harrisburg, PA 17128-0431
5146926        Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
5135898       +Carroll Care Pharmacy,   T/A Anchor Pharmacy,   PO Box 1706,   Westminster, MD 21158-5706
5135902       +Commercial Acceptance Company,   2300 Gettysburg Road,   Suite 102,   Camp Hill, PA 17011-7303
5135904       +Delmarva Col,   820 East Main Street,   Salisbury, MD 21804-5025
5135906        Expresscare of Bel Air,   1505 E. Churchville Road,   Bel Air, MD 21014-4742
5135908       +First Premier Bank,   Attn: Bankruptcy,   Po Box 5524,   Sioux Falls, SD 57117-5524
5135910       +Frederic I. Weinberg, Esquire,   Joel M. Flink, Esquire,   375 E. Elm Street,
                Conshohocken, PA 19428-1973
5135912        HRRG,   PO Box 8486,   Coral Springs, FL 33075-8486
5135911       #+Healthcare Finance Direct LLC,   1201 24th Street, Suite B-200,   Bakersfield, CA 93301-2383
5135913        IC System,   PO Box 64437,   Saint Paul, MN 55164-0437
5135915        Lifebridge,   PO Box 62643,   Baltimore, MD 21264-2643
5135917       +Mariner Finance,   8211 Town Center Dr,   Nottingham, MD 21236-5904
5135924        Mt. Airy Children's Dental Assoc.,   602 Center Street, Ste. 203,   Mount Airy, MD 21771-7445
5135928       +PHH Mortgage,   Attn: Bankruptcy Department,   Po Box 5452,   Mount Laurel, NJ 08054-5452
5160216       +Pingora Loan Servicing, LLC,   Flagstar Bank, F.S.B.,   5151 Corporate Drive, Suite 3-142,
                Troy, MI 48098-2639
5135930        Sinai Hospital of Baltimore,   PO Box 62540,   Baltimore, MD 21264-2540
5135931       +State Collection Service,   Attn: Bankruptcy,   Po Box 6250,   Madison, WI 53716-0250
5135934       ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,   Attn: Bankruptcy,   Po Box 8026,
                Cedar Rapids, IA 52409)
5135932        Target,   Target Card Services,   Mail Stop NCB-0461,   Minneapolis, MN 55440
5235765        Toyota Motor Credit Corporation,   c/o Becket and Lee LLP,   PO Box 3001,
                Malvern  PA 19355-0701
5153660       +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5154020       +E-mail/Text: g20956@att.com Dec 06 2019 19:34:48     AT&T Mobility II LLC,
                %AT&T SERVICES INC.,   KAREN A. CAVAGNARO LEAD PARALEGAL,   ONE AT&T WAY, SUITE 3A104,
                BEDMINSTER, NJ. 07921-2693
5156656       +E-mail/Text: bnc@atlasacq.com Dec 06 2019 19:34:19     Atlas Acquisitions LLC,   294 Union St.,
                Hackensack, NJ 07601-4303
5135894        E-mail/Text: bankruptcy@bbandt.com Dec 06 2019 19:34:24     BB&T,   In Care of Bankruptcy Dept,
                Po Box 1847,   Wilson, NC 27894
5135897       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 06 2019 19:32:14     Capital One,
                Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
5149566        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 06 2019 19:32:14
                Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
5135899       +E-mail/Text: mediamanagers@clientservices.com Dec 06 2019 19:34:18     Client Services, Inc.,
                3451 Harry S. Truman Blvd.,   Saint Charles, MO 63301-9816
5135900       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 06 2019 19:34:27
                Comenity Bank/Victoria Secret,   Attn: Bankruptcy Dept,   Po Box 182125,
                Columbus, OH 43218-2125
5135901       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 06 2019 19:34:27     Comenitycapital/gmstop,
                Attn: Bankruptcy Dept,   Po Box 183003,   Columbus, OH 43218-3003
5135905        E-mail/Text: operationsclerk@easypayfinance.com Dec 06 2019 19:34:16
                Easy Pay/Duvera Collections,   Attention: Bankruptcy,   Po Box 2549,   Carlsbad, CA 92018
5135907        E-mail/Text: data_processing@fin-rec.com Dec 06 2019 19:34:26
                Financial Recovery Services, Inc.,   P.O. Box 385908,   Minneapolis, MN 55438-5908
5135909        E-mail/Text: bankruptcy@firstpointcollectionresources.com Dec 06 2019 19:34:47
                FirstPoint Collection Resources,   225 Commerce Place,   PO Box 26140,
                Greensboro, NC 27402-6140
5135914       +E-mail/Text: bncnotices@becket-lee.com Dec 06 2019 19:34:21     Kohls/Capital One,
                Kohls Credit,   Po Box 3120,   Milwaukee, WI 53201-3120
5142063        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 06 2019 19:33:08     LVNV Funding, LLC,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
5135916       +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 06 2019 19:31:57
                LVNV Funding/Resurgent Capital,   Attn: Bankruptcy,   Po Box 10497,
                Greenville, SC 29603-0497
5152175       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 06 2019 19:34:35     MIDLAND FUNDING LLC,
                PO Box 2011,   Warren, MI 48090-2011
5135918       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 06 2019 19:34:35     Midland Credit Management, Inc.,
                2365 Northside Drive,   Suite 300,   San Diego, CA 92108-2709
5135919       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 06 2019 19:34:35     Midland Funding,
                2365 Northside Dr Ste 300,   San Diego, CA 92108-2709
5157927       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 06 2019 19:34:35     Midland Funding, LLC,
                Midland Credit Management, Inc. as,   agent for Midland Funding, LLC,   PO Box 2011,
                Warren, MI 48090-2011
```

```
District/off: 0314-1           User: LyndseyPr            Page 2 of 3            Date Rcvd: Dec 06, 2019
                               Form ID: pdf010            Total Noticed: 55
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
5135927        +E-mail/Text: ecfbankruptcy@progleasing.com Dec 06 2019 19:34:39      NPRTO North-East, LLC,
                 256 W. Data Drive,    Draper, UT 84020-2315
5148857        +E-mail/Text: ecfbankruptcy@progleasing.com Dec 06 2019 19:34:39      NPRTO North-East, LLC,
                 256 West Data Drive,    Draper, UT 84020-2315
5135925        +E-mail/PDF: pa_dc_claims@navient.com Dec 06 2019 19:32:53      Navient,    Attn: Bankruptcy,
                 Po Box 9000,    Wiles-Barr, PA 18773-9000
5146367         E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Dec 06 2019 19:34:17
                 Navient Solutions, LLC. on behalf of,    Ascendium Education Solutions,    GLHEC and Affiliates,
                 PO BOX 8961,    Madison, WI 53708-8961
5156275         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 06 2019 19:32:53
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5136494        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 06 2019 19:32:15
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5138135         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 06 2019 19:34:31
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
5135929        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 06 2019 19:32:15
                 Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
5143074        +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 06 2019 19:34:41      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
5156356         E-mail/Text: bnc-quantum@quantum3group.com Dec 06 2019 19:34:28
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
5156357         E-mail/Text: bnc-quantum@quantum3group.com Dec 06 2019 19:34:28
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
5158222         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 06 2019 19:43:39      Verizon,
                 by American InfoSource as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                               TOTAL: 30

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5135903*       +Commercial Acceptance Company,    2300 Gettysburg Road,    Suite 102,    Camp Hill, PA 17011-7303
5135920*       +Midland Funding,    2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
5135921*       +Midland Funding,    2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
5135922*       +Midland Funding,    2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
5135923*       +Midland Funding,    2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
5135926*       +Navient,    Attn: Bankruptcy,    Po Box 9000,    Wiles-Barr, PA 18773-9000
5267692*       +PINGORA LOAN SERVICING, LLC,    FLAGSTAR BANK F.S.B.,    5151 CORPORATE DRIVE, SUITE 3-142,
                 TROY MI 48098-2639
5135935*      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Financial Services,     Attn: Bankruptcy,    Po Box 8026,
                 Cedar Rapids, IA 52409)
5135933*        Target,    Target Card Services,    Mail Stop NCB-0461,    Minneapolis, MN 55440
5155085*       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
                                                                                TOTALS: 0, * 11, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-1           User: LyndseyPr              Page 3 of 3                   Date Rcvd: Dec 06, 2019
                               Form ID: pdf010              Total Noticed: 55
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2019 at the address(es) listed below:

```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Mario John Hanyon    on behalf of Creditor    Pingora Loan Servicing, LLC pamb@fedphe.com
              Stephen Wade Parker    on behalf of Debtor 2 Heather M. Hadden Mooneybkecf@gmail.com,
               R61895@notify.bestcase.com
              Stephen Wade Parker    on behalf of Debtor 1 Justin   Hadden Mooneybkecf@gmail.com,
               R61895@notify.bestcase.com
              Thomas   Song    on behalf of Creditor    Pingora Loan Servicing, LLC pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 7
```

IN RE:

JUSTIN HADDEN
HEATHER M. HADDEN
AKA: FKA HEATHER BACHMAN

Chapter: 13

Case No.: 1-18-05022-HWV

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    vs.              Movant(s)

JUSTIN HADDEN
HEATHER M. HADDEN
AKA: FKA HEATHER BACHMAN
                      Respondent(s)

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

Dated: December 6, 2019

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (JH)